**DISMISS; and Opinion Filed April 19, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-12-00450-CV

**CHRISTOPHER ALAN GANNON, Appellant**
**V.**
**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**
**ITS SUCCESSORS AND ASSIGNS, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-15791**

## MEMORANDUM OPINION
Before Justices Moseley, O'Neill, and Lewis
Opinion by Justice O'Neill

Before the Court is appellee's March 28, 2013 motion to dismiss. Appellee contends the appeal should be dismissed for want of prosecution.

By letter dated February 25, 2013, the Court informed appellant that his brief was deficient. We instructed appellant to file an amended brief, within ten days, that complies with rule of appellate procedure 38.1. *See* TEX. R. APP. P. 38.1. We cautioned appellant that failure to file an amended brief within the time specified would result in dismissal of the appeal without further notice. As of today's date, appellant has not filed an amended brief. Accordingly, we grant appellee's motion and dismiss the appeal.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

120450F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

| | |
|---|---|
| CHRISTOPHER ALAN GANNON, Appellant | On Appeal from the 193rd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-08-15791. |
| No. 05-12-00450-CV       V. | Opinion delivered by Justice O'Neill. Justices Moseley and Lewis, participating. |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ITS SUCCESSORS AND ASSIGNS, Appellee | |

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ITS SUCCESSORS AND ASSIGNS, recover its costs of this appeal from appellant, CHRISTOPHER ALAN GANNON.

Judgment entered this 19th day of April, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE

–2–